UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLOTTE RHYS JONES and RACE JONES, husband and wife,<br><br>      Plaintiffs,<br><br> v.<br><br>SPOKANE COUNTY WASHINGTON, a political subdivision of the State of Washington; OZZIE KNEZOVICH, individually and in his capacity as Sheriff of Spokane County, Washington; SHAWN AUDIE, individually and in his capacity as Spokane County Deputy Sheriff; and JUSTIN ELLIOTT, individually and in his capacity as Spokane County Deputy Sheriff,<br><br>      Defendants. | NO: 2:14-CV-35-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF A PROTECTIVE ORDER AND MOTION TO EXPEDITE |

  BEFORE THE COURT is a Stipulated Motion for Entry of a Protective Order, filed by all parties to the action, ECF No. 24, and a Motion to Expedite the same, filed by Defendants. ECF No. 25.

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

The parties seek a protective order pertaining to "[a]ll documentation produced in conjunction with, or related to/or pertaining to, deputies of Spokane County Sheriff's Department and any and all personal information regarding any third party in the above-captioned matter or not a party hereto but pursuant to a request for release by Plaintiff's counsel." ECF No. 24 at 2.

The Court has reviewed the motions, and finds good cause for granting expedited consideration and for entry of a protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Defendants' Motion to Expedite Hearing on the Parties' Stipulated Motion for Entry of a Protective Order, **ECF No. 25**, is **GRANTED**.

2. The parties' Stipulated Motion for Entry of a Protective Order, **ECF No. 24**, is **GRANTED**.

3. The parties shall abide by the attached Protective Order.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and to provide a copy to counsel.

**DATED** this 10th day of June, 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge